# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerk:    Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 7 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1596**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829              Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830              Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832              Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833              James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892              Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895              Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902              Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908              Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~          ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~          ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013              Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029              Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032              Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033              Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074              Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077              Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078              Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093              David Strawn v. Eli Lilly & Co.
CAN 3  05-5094              Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096              Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~          ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150              Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~          ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153              Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266              Duane Long v. Eli Lilly & Co.
CAN 3  05-5267              Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268              Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269              Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31                Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~            ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~            ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41                Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248               Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252               Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253               Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894               Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895               Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896               Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897               Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898               Celita Finney v. Eli Lilly & Co.
CAN 3  06-899               Duane Windom v. Eli Lilly & Co.
CAN 3  06-900               Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901               Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903               Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904               Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905               Della Collins v. Eli Lilly & Co.
CAN 3  06-952               Constance Heg v. Eli Lilly & Co.
CAN 3  06-955               Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956               Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957               Linda Wright v. Eli Lilly & Co.
CAN 3  06-958               Ronald Rarric v. Eli Lilly & Co.

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

| | | |
|---|---|---|
| CAN 3 | 06-1050 | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1081~~ | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                              PAGE 4 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1200~~ | ~~Gould Mcelarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

| | | |
|---|---|---|
| CAN 3 | 06-1310 | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 | 06-1312 | Beth Smith, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1313~~ | ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1320 | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 | 06-1327 | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 | 06-1328 | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 | 06-1330 | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 | 06-1333 | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 | 06-1334 | Robert Koch v. Eli Lilly & Co. |
| CAN 3 | 06-1339 | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 | 06-1340 | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 | 06-1343 | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 | 06-1344 | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1354 | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1356 | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1373 | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 | 06-1374 | Donna M. Strasburger v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1376~~ | ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1379 | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 | 06-1382 | Donald R. Dimartino v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1387~~ | ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1388 | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1389 | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 | 06-1392 | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 | 06-1393 | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1396 | Charlene West v. Eli Lilly & Co. |
| CAN 3 | 06-1397 | Mary Senf v. Eli Lilly & Co. |
| CAN 3 | 06-1398 | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 | 06-1400 | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 | 06-1401 | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 | 06-1404 | Robert Young v. Eli Lilly & Co. |
| CAN 3 | 06-1405 | Peter Williams v. Eli Lilly & Co. |
| CAN 3 | 06-1406 | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 | 06-1432 | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1433 | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1435 | David R. Werner v. Eli Lilly & Co. |
| CAN 3 | 06-1437 | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 | 06-1439 | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1442 | Barrett v. Eli Lilly & Co. |
| CAN 3 | 06-1443 | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 | 06-1457 | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1458 | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 | 06-1460 | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1462 | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1465 | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1466 | James Cutter v. Eli Lilly & Co. |
| CAN 3 | 06-1467 | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 | 06-1468 | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1469 | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 | 06-1472 | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 | 06-1473 | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 | 06-1476 | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 | 06-1477 | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 | 06-1479 | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 | 06-1480 | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 | 06-1481 | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 | 06-1482 | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 | 06-1484 | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1486 | Marvette L. Keys v. Eli Lilly & Co. |

| | | |
|---|---|---|
| CAN 3 | 06-1487 | Dino S. Catlin v. Eli Lilly & Co. |
| CAN 3 | 06-1489 | William S. Sutterer v. Eli Lilly & Co. |
| CAN 3 | 06-1490 | Sarah M. Tanner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1491 | Robert Zimmerman v. Eli Lilly & Co. |
| CAN 3 | 06-1493 | David Martinez v. Eli Lilly & Co. |
| CAN 3 | 06-1494 | Sandy Fry v. Eli Lilly & Co. |
| CAN 3 | 06-1495 | Larry M. Call v. Eli Lilly & Co. |
| CAN 3 | 06-1497 | Stephen La Joie, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1525 | Angela Overeynder, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1527 | Richard Frentz v. Eli Lilly & Co. |
| CAN 3 | 06-1530 | Joel Feser v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1532~~ | ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1533 | Eric Padgett v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1534~~ | ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1537 | Karen Broughton v. Eli Lilly & Co. |
| CAN 3 | 06-1538 | Kathleen Deitchler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1540 | Marla Barton v. Eli Lilly & Co. |
| CAN 3 | 06-1542 | Jacob Reed, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1543 | William Maloney v. Eli Lilly & Co. |
| CAN 3 | 06-1544 | Connie E. Mcclintock v. Eli Lilly & Co. |
| CAN 3 | 06-1547 | Barbara Lanini v. Eli Lilly & Co. |
| CAN 3 | 06-1548 | Sari Gehrke, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1549 | Tyrone Jeter v. Eli Lilly & Co. |
| CAN 3 | 06-1550 | Duane A. Tillman v. Eli Lilly & Co. |
| CAN 3 | 06-1552 | Deborah Winfrey v. Eli Lilly & Co. |
| CAN 3 | 06-1553 | Blondean Sims v. Eli Lilly & Co. |
| CAN 3 | 06-1554 | Edward Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1556 | Allegra M. Weaver v. Eli Lilly & Co. |
| CAN 3 | 06-1559 | Jane R. Evans v. Eli Lilly & Co. |
| CAN 3 | 06-1562 | David Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1563 | Dorothy Sheppard v. Eli Lilly & Co. |
| CAN 3 | 06-1565 | Lucy Martinez, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1566 | Troy R. Geddis v. Eli Lilly & Co. |
| CAN 3 | 06-1567 | Georgette M. Mcbride v. Eli Lilly & Co. |
| CAN 3 | 06-1605 | Mary Deschenes, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1606 | Laurice Kory, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1611 | Michelle Medlin v. Eli Lilly & Co. |
| CAN 3 | 06-1613 | Erin Linn Goodpasture v. Eli Lilly & Co. |
| CAN 3 | 06-1614 | Donna Cuadrez, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1615 | Gary Osborne v. Eli Lilly & Co. |
| CAN 3 | 06-1618 | Rhonda Abtahi v. Eli Lilly & Co. |
| CAN 3 | 06-1620 | Gerald Boehmer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1622 | Jacqueline Lipka v. Eli Lilly & Co. |
| CAN 3 | 06-1623 | Jim Aldine, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1624 | Donna Taylor v. Eli Lilly & Co. |
| CAN 3 | 06-1625 | Nicholas Gonzales v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1626~~ | ~~Ann Button v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1627 | Eddie Ray Harris v. Eli Lilly & Co. |
| CAN 3 | 06-1628 | Carl M. Eisaman v. Eli Lilly & Co. |
| CAN 3 | 06-1643 | James Graham, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1644 | Wayne Dixon, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1692 | Deborah A. King v. Eli Lilly & Co. |
| CAN 3 | 06-1693 | Antoinette C. Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1697 | Eleanor E. Pugliese v. Eli Lilly & Co. |
| CAN 3 | 06-1699 | James D. Fusner v. Eli Lilly & Co. |
| CAN 3 | 06-1701 | Richard B. Slater, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1702 | Marcella L. Lowry v. Eli Lilly & Co. |

| | | |
|---|---|---|
| CAN 3 | 06-1705 | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | ~~Linda L. Nevel v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN | 4  06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN | 4  06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN | 4  06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4  06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4  06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN | 4  06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4  06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

Dbtf!2;15.n e.126: 7.KCX .SMN!!!!!Epdvn f oU678!!!!!Gjrhe!16Q2:Q3117!!!!!Qbhf !23!pg24

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

INVOLVED JUDGES LIST (CTO-49)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102